# MEMORANDUM DECISIONS

## 1

AMARILLO OIL CO. v. RANCH CREEK OIL & GAS CO. (No. 581–4403.) (Commission of Appeals of Texas, Section B. Dec. 8, 1926.) Error to Court of Civil Appeals of Seventh Supreme Judicial District. H. G. Hendricks, of Amarillo, for plaintiff in error. R. M. Rowland, of Fort Worth, and Stone & Guleke, of Amarillo, for defendant in error.

POWELL, P. J. The opinion of the Court of Civil Appeals fully states this case: See 271 S. W. 145. Neither party was satisfied with the judgment rendered by the Court of Civil Appeals, and each applied to the Supreme Court for writ of error. Both applications were granted, and the cause was referred to our court for consideration. Since it was so referred to us, there has been filed a joint motion, signed by counsel for all parties, to the following effect: "Now comes the Amarillo Oil Company and the Ranch Creek Oil & Gas Company and move the court to dismiss the writ of error in the above entitled and numbered cause at the cost of plaintiff in error, Amarillo Oil Company, the case having been settled." We think this joint motion should be granted, and we will not pass upon the merits of the case. We recommend that the joint motion aforesaid be granted, and that the writ of error in this case be dismissed at the cost of plaintiff in error, Amarillo Oil Company.

## 2

True ABLES v. STATE. (No. 10661.) (Court of Criminal Appeals of Texas. Dec. 15, 1926.) Appeal from District Court, Erath County; J. B. Keith, Judge. See, also, 103 Tex. Cr. R. 456, 281 S. W. 858. J. Lee Cearley, of Cisco, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

HAWKINS, J. Conviction is for rape; the punishment being ten years in the penitentiary. The record is without a statement of the facts proven, and there are no bills of exception complaining of anything incident to the trial. In such condition no question is presented for review. The judgment is affirmed.